UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **LANE TYLER ADCOCK** | **CIVIL ACTION NO. 22-2190-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **STATE OF LOUISIANA, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 9] previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint [Doc. No. 1, 4] is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**THUS, DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 2nd day of November 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**